PREZZATO *v.* LININGTON

Appeal from Macomb, Cynar (Walter P.), J. Submitted Division 2 January 14, 1969, at Detroit. (Docket No. 4,407.)   Decided January 28, 1969.

Complaint by Elizabeth Prezzato and Joseph Prezzato against William Linington for damages resulting from an automobile collision.  Verdict and judgment for defendant.  Plaintiffs appeal.  Affirmed.

*Maceroni & Maceroni,* for plaintiffs.

*Nunneley, Nunneley & Hirt (Thomas D. Rinehart,* of counsel), for defendant.

PER CURIAM.  This civil action was brought by plaintiffs, Prezzato, against appellee, Linington, for damages resulting from the alleged negligent operation of defendant's motor vehicle.

Following a jury trial, a unanimous verdict of no cause of action was rendered.  Subsequently a motion for judgment notwithstanding verdict or for new trial was heard and denied.  Plaintiffs appeal.

An examination of the record and briefs discloses evidence sufficient to support the verdict.  There is no showing of an abuse of discretion by the trial court in denying plaintiffs' motion for new trial

which would constitute reversible error. *Oppenheim v. Rattner* (1967) 6 Mich App 554.

Affirmed.

FITZGERALD, P. J., and R. B. BURNS and BRONSON, JJ., concurred.